Fill in this information to identify the case:

Debtor name: ZPower, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): 20-41158

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MidCap Financial Trust | | | | | | $21,445,613.00 |
| Howard H Schultz 9241 LBJ Freeway - Suite 100 Dallas, TX 75204 | | | | | | $11,069,377.28 |
| Slate River 2615 State Street Dallas, TX 75204 | | | | | | $8,000,043.21 |
| MTT Capital, LP 4949 Westgrove Drive Suite 100 Dallas, TX 75248 | | | | | | $7,119,498.43 |
| Nate Levine 13355 Noel Road #2100 One Galleria Towe Dallas, TX 75240-6612 | | | | | | $3,923,985.05 |
| Andrew Schultz Irrevocable Trust 9241 LBJ Freeway Suite 100 Dallas, TX 75243 | | | | | | $2,374,027.99 |
| LVS Charitable Lead Annuity Trust 9241 LBJ Freeway Suite 100 Dallas, TX 75243 | | | | | | $1,849,012.55 |
| Mike Tonti 4949 Westgrove Drive Suite 100 Dallas, TX 75248 | | | | | | $1,626,564.16 |

Debtor ZPower, LLC
Name

Case number (if known) 20-41158

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stark Real Estate, LLC<br>12042 Royce Waterford Circle<br>Tampa, FL 33626 | | | | | | $1,527,953.49 |
| Ancona Partners<br>6053 River Oaks Cove<br>Memphis, TN 38120 | | | | | | $1,172,475.35 |
| HHS GST, Jaynie Schultz TTEE<br>9241 LBJ Freeway Suite 100<br>Dallas, TX 75243 | | | | | | $1,018,757.30 |
| HIC Partners, Ltd, George Howard<br>PMB 570 25 Highland Park Village #100<br>Dallas, TX 75205 | | | | | | $995,133.22 |
| Susan Swinson<br>5306 Preston Haven<br>Dallas, TX 75229 | | | | | | $890,250.21 |
| HHS GST, Daniel Schultz TTEE<br>9241 LBJ Freeway Suite 100<br>Dallas, TX 75243 | | | | | | $875,181.76 |
| Thomas J. Sweeney & Elizabeth T. Winson<br>129 Springhouse Lane<br>Pittsburgh, PA 15238 | | | | | | $826,905.39 |
| Schultz 2011 Grandchildren's Trust<br>9241 LBJ Freeway Suite 100<br>Dallas, TX 75243 | | | | | | $755,862.44 |
| Fred Montesi III<br>6053 River Oaks Cove<br>Memphis, TN 38120 | | | | | | $728,313.10 |
| John Mark Keith<br>277 Belfair Oaks Boulevard<br>Bluffton, SC 29910 | | | | | | $611,682.73 |
| Steve & Juliet Shane<br>P.O.Box 2130<br>South Portland, ME 04116 | | | | | | $596,497.05 |

| Debtor | ZPower, LLC | | Case number *(if known)* | 20-41158 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Estate of Leslie Vile Schultz<br>9241 LBJ Freeway<br>Suite 100<br>Dallas, TX 75243 | | | | | | $586,717.37 |